AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

SEALED

for the

Eastern District of California

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
MARICELA NAZARIN GONZALEZ

*Defendant(s)*

Case No. 1:26-cr-00209-FJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2022 and March 5,2024 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated by reference as though fully set forth herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Britton Wallace, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 16, 2026

*Judge's signature*

City and state: Fresno, California

Hon. Frank J. Singer, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARICELA NAZARIN GONZALEZ,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF FBI Agent Britton Wallace |

I, Britton Wallace, being sworn, depose and state the following:

**INTRODUCTION**

1. This affidavit is in support of a complaint and arrest warrant for **MARICELA NAZARIN GONZALEZ** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **MARICELA NAZARIN GONZALEZ**.

**AFFIANT'S BACKGROUND**

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2021. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI, I am authorized

to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving civil rights violations, complex financial crimes, public corruption and healthcare fraud. I have gained experience through previous investigations and through training, classes, and conferences.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that **MARICELA NAZARIN GONZALEZ** violated the following laws of the United States:

a. Count One: **MARICELA NAZARIN GONZALEZ**, an alien, and citizen and national of Mexico, and lawful permanent resident of the United States, and having registered to vote in 2020 and declaring that she was a United States citizen, and fully knowing she was not a United States citizen, on or about March 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

b. Count Two: **MARICELA NAZARIN GONZALEZ**, an alien, and citizen and national of Mexico, and lawful permanent resident of the United States, and having registered to vote in 2020 and declaring that she was a United States citizen, and fully knowing she was not a United States citizen, on or about November 8, 2022, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the Senate, and Member of the House of

Representatives, in violation of Title 18, United States Code, Section 611.

## PROBABLE CAUSE

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Fresno Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **MARICELA NAZARIN GONZALEZ.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the FBI with the Alien File ("A-File") for **MARICELA NAZARIN GONZALEZ.**

7. The subpoena returns from the Secretary of State showed the following: On September 29, 2020, **MARICELA NAZARIN GONZALEZ** submitted a California Voter Registration application to the Tulare Registrar of Voters. **MARICELA NAZARIN GONZALEZ** filled the form out by hand. The application contained her date of birth, the last four of her social security number, and an address in Visalia ("Visalia Address"). She also provided an email address and phone number. She indicated her country of birth was Mexico, but she checked the box on the application indicating she was a United States citizen. **MARICELA NAZARIN GONZALEZ** signed and dated the application under the declaration swearing or affirming that she was in fact a United States citizen. The Secretary of State's voter participation records further indicated that **MARICELA NAZARIN GONZALEZ** potentially voted in four elections since November 8, 2022. The participation records also show that in August 2022, **MARICELA NAZARIN GONZALEZ** updated her registration address from the Visalia Address to an address in Clovis, California ("Clovis Address").

8. The returns from the Secretary of State showed that **MARICELA NAZARIN GONZALEZ** voted in the November 8, 2022 consolidated statewide general election, the March 5, 2024 Presidential primary election, the March 19, 2024 Congressional District 20 Special Primary Election and an additional state office election in 2025. The records further indicated that **MARICELA NAZARIN GONZALEZ's** ballots were vote by mail ballots received at an elementary school in Clovis, California. **MARICELA NAZARIN GONZALEZ's** ballot for the November 2022 election was received at the elementary school on November 8, 2022 and her ballot for the March 2024 election was received on March

5, 2024. The returns also included scans of the ballot envelopes submitted in the November 2022 election and the March 2024 election. The ballot envelopes include MARICELA NAZARIN GONZALEZ's name, the Clovis Address, the handwritten date of November 7, 2022 and March 5, 2024 respectively, and **MARICELA NAZARIN GONZALEZ's** signature.

9. The driver's license application submitted by **MARICELA NAZARIN GONZALEZ** to the DMV was handwritten and the writing and signature appear to be the same on the voter registration and ballot envelopes. Further, the application has the same date of birth as on the voter registration. On the application, **MARICELA NAZARIN GONZALEZ** indicated that she was not a United States citizen, and not eligible to vote. For proof of her identity, MARICELA NAZARIN GONZALEZ provided her Mexican passport and her Lawful Permanent Resident card, which indicated that MARICELA NAZARIN GONZALEZ was born in Mexico.

10. **MARICELA NAZARIN GONZALEZ's** A-File contains her birth certificate showing she was born in Mexico and has the same date of birth as the DMV records and the voter registration application. It further shows that **MARICELA NAZARIN GONZALEZ** was granted lawful permanent resident status on May 5, 2020. **MARICELA NAZARIN GONZALEZ's** application for lawful permanent residence showed that **MARICELA NAZARIN GONZALEZ** attested that, at one point, she had been unlawfully present in the United States without being inspected, admitted, or paroled. **MARICELA NAZARIN GONZALEZ's** application also indicated she resided at the Visalia Address at the time of the application's submission. The A-File records also showed that **MARICELA NAZARIN GONZALEZ** submitted an application for naturalized citizenship on August 1, 2025. **MARICELA NAZARIN GONZALEZ's** signature on the application appears to be the same one on her voter registration application and the ballot envelopes. Further the application indicated her then current address was the Clovis Address and her previous address was the Visalia Address. The application also included her email, which was the same email provided on her voter registration application. The application also attests that **MARICELA NAZARIN GONZALEZ** traveled to and returned from Mexico four times between February 2022 and May 2025.

11. On September 23, 2025, **MARICELA NAZARIN GONZALEZ** was interviewed by officers with the United States Customs and Immigration Services ("USCIS") as part of her naturalization application. **MARICELA NAZARIN GONZALEZ** made a sworn statement in that interview and signed and initialed that statement. In the statement, **MARICELA NAZARIN GONZALEZ** attested to the same date of birth that appeared in the previously described documents and that she was born in Mexico. She further denied ever claiming to be a United States citizen or ever registering to vote. **MARICELA NAZARIN GONZALEZ** admitted to receiving voter registration information but denied ever filling out the forms. **MARICELA NAZARIN GONZALEZ** further stated that she had personal documents stolen from her in 2011, that she did not report the theft, and that her social security card and "Matricula" (an identification card issued by the government of Mexico) were in her purse that was stolen. **MARICELA NAZARIN GONZALEZ** provided the same social security number that was on the card submitted with her naturalization application.

12. The same Social Security number appears on the application for lawful permanent residence that was approved in submitted in October 2019 and approved in May 2020. The application also included a 2018 tax return for **MARICELA NAZARIN GONZALEZ** with the same Social Security number. The same Social Security number is reflected in **MARICELA NAZARIN GONZALEZ**'s DMV records. The last four digits of the social security number appear on **MARICELA NAZARIN GONZALEZ's** voter registration application.

**<u>CONCLUSION</u>**

13. I believe the above facts set forth probable cause to believe that **MARICELA NAZARIN GONZALEZ's** knowing she was not a United States citizen, knowingly voted in two elections in November 2022 and March 2024 respectively, held in part for the purpose of electing a candidate for Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

14. Based on the foregoing, there is probable cause to believe that **MARICELA NAZARIN GONZALEZ** violated Title 18, United States Code, Section 611, voting by an alien.

15. I respectfully request that a criminal complaint and arrest warrant be issued for **MARICELA NAZARIN GONZALEZ** for this violation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Britton Wallace
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on October 16, 2026.

HON. Frank J. Singer
United States Magistrate Judge

Reviewed as to form.

*/s/ Justin Gilio*
Justin Gilio
Assistant United States Attorney