FILED
Oct 19, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARICELA NAZARIN GONZALEZ,<br>Defendant. | CASE NO. 1:26-CR-00209-FJS<br>[~~PROPOSED~~] ORDER UNSEALING COMPLAINT |

Based on the defendant's arrest and appearance in court, the Court finds that there is no longer a need to keep the Complaint under seal. IT IS HEREBY ORDERED that the Complaint in this case pertaining to defendant MARICELA NAZARIN GONZALEZ be UNSEALED.

Dated: Oct 19, 2026

Erica P. Grosjean

The Honorable Erica P. Grosjean
UNITED STATES MAGISRATE JUDGE