ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARICELA NAZARIN GONZALEZ,<br>Defendant. | CASE NO. 1:26-CR-00209-FJS<br>**MOTION TO CONVERT PRELIMINARY HEARING TO ARRAIGNMENT; ORDER**<br>DATE: November 9, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Frank J. Singer |

On October 16, 2026, the United States filed a criminal complaint against Maricela Gonzalez, the defendant, alleging that she violated Title 18, United States Code, Section 611, Voting By an Alien. ECF No. 1. On October 19, 2026, the defendant made her initial appearance. ECF No. 6. On October 19, 2026, a preliminary hearing in this matter was set by United States Magistrate Judge Erica Grosjean, to take place on November 9, 2026, before this Court. ECF No. 6. On October 20, 2026, the United States filed an Information charging the defendant with two counts of violating Title 18, United States Code, Section 611, Voting by an Alien, a Class A misdemeanor.

A criminal offense punishable by imprisonment for one year or less may be prosecuted according to Federal Rule of Criminal Procedure ("FRCP") 58(b)(1). Fed. R. Crim. Proc. 5.1(4). "The trial of a misdemeanor may proceed on an indictment, information, or complaint." Fed. R. Crim. Proc. 58(b)(1). At the initial appearance for a misdemeanor, the court must advise the defendant of, among other things, any right to a preliminary hearing under FRCP 5.1. *Id*. at (b)(2)(G). A magistrate judge must conduct a

preliminary hearing for a defendant charged with a criminal offense except when, among other reasons, "the government files an information charging the defendant with a misdemeanor." Fed. R. Crim. Proc. 5.1(4).

In the present case, the Court properly set a preliminary hearing because, at the time of the defendant's initial appearance, the defendant had been charged by a criminal complaint. Since that time however, the defendant was charged by an information, negating the requirement for a preliminary hearing. Therefore, the United States respectfully requests that the preliminary hearing currently set for November 9, 2026, be converted to an arraignment and that the hearing proceed in accordance with the requirements of FRCP 10.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

By: */s/ Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the preliminary hearing set in this matter for November 9, 2026, before this Court, be converted to an arraignment on the Information filed on October 20, 2026, and that the hearing be conducted in accordance with the requirements of Federal Rule of Criminal Procedure 10. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge