ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARICELA NAZARIN GONZALEZ,<br>Defendant. | CASE NO. 1:26-CR-00209-FJS<br><br>**STIPULATION TO EXCLUDE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; ORDER** |

The parties stipulate as follows:

1. The parties appeared before the Court for the defendant's arraignment on the Information on November 9, 2026. Presently, a status conference is set for February 25, 2027.

2. The Government produced initial discovery to the defendant's counsel on October 20, 2026.

3. On November 6 2026, the Government extended a plea offer to the defendant.

4. Now, the parties have met and conferred and agree that time should be excluded from November 9, 2026, the date of the defendant's arraignment, to and including February 25, 2027, the date of the next status conference, to further provide the defendant with reasonable time necessary for effective preparation, and for the defendant to consider a pre-trial resolution of the case. The parties are engaged in discussions regarding potential resolution of the matter.

5. The parties agree that that the time period should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at the defendant's request, on the basis of the Court's finding that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the period from May 6, 2026, through February 25, 2027, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: November 17, 2026

ERIC GRANT
United States Attorney

*/s/ Johua B. Banister*
Josua B. Banister
Assistant United States Attorney

Dated: November 17, 2026

*/s/ Marc Days*
Marc Days
Counsel for Maricela Gonzalez

**ORDER**

The court has read and considered the parties' stipulation to exclude time. The court finds there is good cause to allow the defendant reasonable time to complete her review of the discovery and fully consider a pre-trial resolution of the case. The court therefore finds that the interests of justice served by granting the continuance from November 9, 2026 and February 25, 2027, outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The period from November 9, 2026, through February 25, 2027, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

2. The motion hearing set for 2/25/2027 at 2:00 p.m. is vacated.

3. The status conference remains as previously set.

IT IS SO ORDERED.

DATED: November 17, 2026

UNITED STATES MAGISTRATE JUDGE